UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CIVIL ACTION NO. 16-228-DLB

LISA HOPPER                                                                                           PLAINTIFF

vs.                                                    **ORDER**

DH CAPITAL MANAGEMENT, INC.                                                   DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff has filed a Notice of Voluntary Dismissal with Prejudice.  (Doc. # 8). Pursuant to Federal Rule of Civil Procedure 41(a), a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Because Defendant has not yet served an answer, Plaintiff's notice suffices to dismiss the action with prejudice without further action by the Court.

Accordingly, **IT IS ORDERED** that this action is hereby stricken from the Court's docket.

This 19th day of June, 2017.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\London\2016\16-228 Voluntary Dismissal.wpd